SEP 22 2026 PM3:37
FILED - USDC - FLMD - TPA

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

LUCHY C STORE LLC,

Plaintiff,

v. Case No. 8:26-cv-2855-MSS-GDP

UNITED STATES OF AMERICA,

Defendant.

_______________________________/

## COMPLAINT FOR JUDICIAL REVIEW

Plaintiff, Luchy C Store LLC, by and through its Managing Members, Abdul Rehman Khoja and MD Saidur Rahman, files this Complaint for judicial review pursuant to Section 14 of the Food and Nutrition Act of 2008, as amended, 7 U.S.C. § 2023, and 7 C.F.R. § 279.7, and in support states as follows:

### NATURE OF THE ACTION

1. This is a civil action seeking de novo judicial review of a Final Agency Decision issued by the United States Department of Agriculture, Food and Nutrition Administration ("FNS"), dated September 1, 2026, in Case No. C0294615, sustaining the withdrawal of Supplemental Nutrition Assistance Program ("SNAP") authorization for Plaintiff.

### PARTIES

2. Plaintiff, Luchy C Store LLC, is a limited liability company operating a retail food store at 6401 Central Ave, Saint Petersburg, Florida 33710-8411, and was authorized to participate in SNAP until its authorization was withdrawn by the action challenged herein.

3. Defendant, the United States of America, is the proper defendant in an action for judicial review under 7 U.S.C. § 2023(a)(13).

### JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction pursuant to 7 U.S.C. § 2023(a)(13), which authorizes an aggrieved firm to file suit against the United States in the United States district court for the district in which it resides or is engaged in business.

5. Venue is proper in the Middle District of Florida, Tampa Division, because Plaintiff is engaged in business within this district.

TPA74923
$405

6. This action is timely filed within thirty (30) days of Plaintiff's receipt of the Final Agency Decision, as required by 7 U.S.C. § 2023(a)(13) and 7 C.F.R. § 279.7.

**FACTUAL BACKGROUND**

7. Plaintiff was initially authorized to participate as a retailer in SNAP on September 25, 2015.

8. On October 22, 2024, Plaintiff submitted its reauthorization application (Form FNS-252-R), and an FNS contractor conducted an onsite store visit on August 11, 2024.

9. On November 6, 2024, the FNS Retailer Operations Division requested additional documentation to verify Plaintiff's dairy staple food stock. Due to an oversight, no response was submitted within the requested time frame.

10. On December 11, 2024, the Retailer Operations Division notified Plaintiff that its SNAP authorization was being withdrawn for six months under 7 C.F.R. § 278.1(k)(2), based on alleged failure to meet Criterion A and Criterion B eligibility requirements, and a determination that Plaintiff did not qualify under the Need for Access provision, 7 C.F.R. § 278.1(b)(6).

11. Plaintiff timely requested administrative review of the withdrawal determination.

12. On September 1, 2026, FNS issued a Final Agency Decision sustaining the withdrawal, finding that Plaintiff failed to demonstrate, by a preponderance of the evidence, that it met Criterion A or Criterion B, and that receipts, photographs, and an explanation regarding hurricane-related supply disruptions submitted during the review were insufficient to reverse the determination.

**CLAIM FOR RELIEF**

(De Novo Review Under 7 U.S.C. § 2023)

13. Plaintiff realleges and incorporates paragraphs 1 through 12 above.

14. Pursuant to 7 U.S.C. § 2023(a)(15), Plaintiff is entitled to a trial de novo in which this Court determines the validity of the questioned administrative action.

15. Plaintiff maintained an ongoing and consistent practice of stocking required staple food varieties, including dairy products, and any shortfall observed at the time of the August 11, 2024 site visit was the result of temporary, short-term inventory turnover compounded by hurricane-related vendor delivery disruptions, rather than a systemic failure to meet SNAP eligibility requirements.

16. The withdrawal of SNAP authorization, and FNS's determination that Plaintiff did not qualify under the Need for Access provision, were not supported by the evidence when the record is considered as a whole.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Conduct a trial de novo pursuant to 7 U.S.C. § 2023(a)(15);

B. Reverse the Final Agency Decision sustaining the withdrawal of SNAP authorization;

C. Order reinstatement of SNAP authorization for Luchy C Store LLC;

D. Award costs as permitted by law; and

E. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

**LUCHY C STORE LLC**

MD Saidur Rahman

Managing Member, Luchy C Store LLC

Date: 09/22/2026